[No. 50276-0-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC DOUGLAS HOLCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08612-6, Jay V. White, J., entered April 1, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Ellington, JJ.

[Nos. 50324-3-I; 50325-3-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILMER R. RUSSELL, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 85-1-04141-7, Michael Hayden, J., entered March 26 and April 8, 2002, and appeal arising from a proceeding in the Superior Court for King County, No. 84-1-00539-2. Judgments in No. 85-1-04141-7 *affirmed* and appeal regarding No. 84-1-00539-2 *dismissed* by unpublished per curiam opinion.

[No. 50326-0-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEE PULLEY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-02849-5, Laura Gene Middaugh, J., entered March 25 and April 17, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50361-8-I.   Division One.   May 12, 2003.]

EDDIE RYE, JR., *Appellant*, v. GLOBE-1, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-28077-7, Catherine D. Shaffer, J., entered March 22, 2002. *Affirmed* by unpublished per curiam opinion.